UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-163

FILED
SEP 2 0 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
|  | ) WITHDRAWAL OF ARREST WARRANT |
| THOMAS L. JONES | ) |

Leave of court is granted for the filing of the foregoing dismissal.

9-20-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE